**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 15, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00934-CV

———————

## IN RE HAROLD B. MASON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 990084**

---

## M E M O R A N D U M   O P I N I O N

On October 25, 2011, relator Harold B. Mason, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator complains that the trial court denied his claim of indigence and he is unable to pay the costs of the underlying suit.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004). A trial court abuses its discretion if it reaches a decision so arbitrary and unreasonable as to

amount to a clear and prejudicial error of law, or if it clearly fails to analyze or apply the law correctly. *In re Cerberus Capital Mgmt., L.P.*, 164 S.W.3d 379, 382 (Tex. 2005).

It is relator's burder to supply a record sufficient to establish his right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Relator has not established that he is entitled to mandamus relief.

Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.